UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:25-cr-00049-GFVT-EBA |
| v. | ) | |
| | ) | |
| RONALD JEROME WOOLFOLK, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 38.] The recommendation instructed the parties to file any specific written objections within fourteen days after being served with the decision, or else waive the right to further review. *Id*. at 2-3. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Ronald Jerome Woolfolk, Jr. knowingly and competently pled guilty to Counts 4 and 12 of the Indictment and that an adequate factual basis supports the plea as to this count. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommendation to Accept Guilty Plea **[R. 38]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Ronald Jerome Woolfolk, Jr. is **ADJUDGED** guilty of Counts 4 and 12 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 6th day of January, 2026.

Gregory F. Van Tatenhove
United States District Judge